```
ACCT MGMT RESOURCES LL
2915 N CLASSEN BLVD
OKLAHOMA CITY OK 73106


CAPITAL ONE BANK USA N
15000 CAPITAL ONE DR
RICHMOND VA 23238


CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS NV 89193


EXETER FINANCE CORP
PO BOX 166097
IRVING TX 75016


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104


INTEGRIS BAPTIST MEDICAL CENTER
3300 NW EXPRESSWAY
OKLAHOMA CITY OK 73112


ROY COWEN
5724 N. COALTRANE
EDMOND OK 73034


TINKER FCU
PO BOX 45750
OKLAHOMA CITY OK 73145


WEBBANK/FINGERHUT
6250 RIDGEWOOD RD
SAINT CLOUD MN 56303
```

```
WORKS & LENTZ, INC.
3030 NW EXPRESSWAY, SUITE 225
OKLAHOMA CITY OK 73112-5466
```