LOCAL FORM 2
PAY ADVICE COVER SHEET

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:  )
   **Jerry Don Martin**  ,  )
   ,  )  Case No. _____
   )  Chapter  **7**
Debtor..  )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Air Comfort Solutions | 01/01/2016 | 05/06/2016 |

☐ The debtor certifies by his/her signature below that he/she has no pay records because:_____

Dated on    **May 17, 2016**   .

    **/s/ Jerry Don Martin**
    **Jerry Don Martin**
    (Debtor Signature)
    ☐ Pro se Debtor
    ☑ Represented by Counsel

    **/s/ Deborah Hoover Hupfer OBA**
    (Attorney Signature)
    **Deborah Hoover Hupfer OBA #30117**
    **1530 N. Harrison #317**
    **Shawnee, OK 74804**

    **405-245-8541**
    **855-485-4237**
    **Deborah.Hupfer@LibertyLawOK.com**

Air Comfort Solutions, LLC
908 MESSENGER LANE
Moore, OK 73160

Jerry D Martin
2129 N. Shawnee Ave
Oklahoma City, OK 73107

| Employee Pay Stub | | Check number: 50620238 | | | | Pay Period: 04/22/2016 - 04/28/2016 | | Pay Date: 05/06/2016 |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| Jerry D Martin, 2129 N. Shawnee Ave, Oklahoma City, OK 73107 | | | | | | Married/Married | | Fed-3/0/OK-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Service | 40.00 | 22.00 | 880.00 | 13,805.00 |
| Hourly Service overtime (x1.5) | 2.00 | 33.00 | 66.00 | 635.25 |
| Commissions/Spiffs | | | | 55.50 |
| | 42.00 | | 946.00 | 14,495.75 |
| **Deductions From Gross** | | | Current | YTD Amount |
| Dental Insurance - PreTax 11 | | | -6.85 | -123.30 |
| Vision Insurance - PreTax 11 | | | -2.98 | -53.64 |
| | | | -9.83 | -176.94 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -63.00 | -1,634.00 |
| Social Security Employee | | | -58.05 | -887.77 |
| Medicare Employee | | | -13.57 | -207.62 |
| OK - Income Tax | | | -25.00 | -469.00 |
| | | | -159.62 | -3,198.39 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| Uniform Deduct | | | -7.50 | -135.00 |
| PR Advance - Jerry Martin | | | -50.00 | -475.00 |
| | | | -57.50 | -610.00 |
| **Net Pay** | | | 719.05 | 10,510.42 |

Air Comfort Solutions, LLC
908 MESSENGER LANE
Moore, OK 73160

Jerry D Martin
2129 N. Shawnee Ave
Oklahoma City, OK 73107

| Employee Pay Stub | | Check number: 42920236 | | | Pay Period: 04/15/2016 - 04/21/2016 | | Pay Date: 04/29/2016 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Jerry D Martin, 2129 N. Shawnee Ave, Oklahoma City, OK 73107 | | | | | | Married/Married | Fed-3/0/OK-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Service | 23.75 | 22.00 | 522.50 | 12,925.00 |
| Commissions/Spiffs | | | | 55.50 |
| Hourly Service overtime (x1.5) | | | | 569.25 |
| | 23.75 | | 522.50 | 13,549.75 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Dental Insurance - PreTax 11 | | | -6.85 | -116.45 |
| Vision Insurance - PreTax 11 | | | -2.98 | -50.66 |
| | | | -9.83 | -167.11 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -11.00 | -1,571.00 |
| Social Security Employee | | | -31.78 | -829.72 |
| Medicare Employee | | | -7.44 | -194.05 |
| OK - Income Tax | | | -4.00 | -444.00 |
| | | | -54.22 | -3,038.77 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Uniform Deduct | | | -7.50 | -127.50 |
| PR Advance - Jerry Martin | | | -50.00 | -425.00 |
| | | | -57.50 | -552.50 |
| **Net Pay** | | | 400.95 | 9,791.37 |

Air Comfort Solutions, LLC, 908 MESSENGER LANE, Moore, OK 73160

Powered by Intuit Payroll

Air Comfort Solutions, LLC
908 MESSENGER LANE
Moore, OK 73160

Jerry D Martin
2129 N. Shawnee Ave
Oklahoma City, OK 73107

| Employee Pay Stub | | Check number: 42220237 | | | Pay Period: 04/08/2016 - 04/14/2016 | Pay Date: 04/22/2016 |
|---|---|---|---|---|---|---|
| **Employee** | | | | SSN | **Status (Fed/State)** | **Allowances/Extra** |
| Jerry D Martin, 2129 N. Shawnee Ave, Oklahoma City, OK 73107 | | | | | Married/Married | Fed-3/0/OK-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Service | 10.25 | 22.00 | 225.50 | 12,402.50 |
| Commissions/Spiffs | | | | 55.50 |
| Hourly Service overtime (x1.5) | | | | 569.25 |
| | 10.25 | | 225.50 | 13,027.25 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Dental Insurance - PreTax 11 | | | -6.85 | -109.60 |
| Vision Insurance - PreTax 11 | | | -2.98 | -47.68 |
| | | | -9.83 | -157.28 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | 0.00 | -1,560.00 |
| Social Security Employee | | | -13.37 | -797.94 |
| Medicare Employee | | | -3.12 | -186.61 |
| OK - Income Tax | | | 0.00 | -440.00 |
| | | | -16.49 | -2,984.55 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Uniform Deduct | | | -7.50 | -120.00 |
| PR Advance - Jerry Martin | | | -25.00 | -375.00 |
| | | | -32.50 | -495.00 |
| **Net Pay** | | | **166.68** | **9,390.42** |

Air Comfort Solutions, LLC
908 MESSENGER LANE
Moore, OK 73160

Jerry D Martin
2129 N. Shawnee Ave
Oklahoma City, OK 73107

| Employee Pay Stub | | Check number: 415201680 | | | Pay Period: 04/01/2016 - 04/07/2016 | Pay Date: 04/15/2016 |
|---|---|---|---|---|---|---|
| **Employee** | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Jerry D Martin, 2129 N. Shawnee Ave, Oklahoma City, OK 73107 | | | | | Married/Married | Fed-3/0/OK-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Service | 30.75 | 22.00 | 676.50 | 12,177.00 |
| Commissions/Spiffs | | | | 55.50 |
| Hourly Service overtime (x1.5) | | | | 569.25 |
| | 30.75 | | 676.50 | 12,801.75 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Dental Insurance - PreTax 11 | | | -6.85 | -102.75 |
| Vision Insurance - PreTax 11 | | | -2.98 | -44.70 |
| | | | -9.83 | -147.45 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -27.00 | -1,560.00 |
| Social Security Employee | | | -41.34 | -784.57 |
| Medicare Employee | | | -9.67 | -183.49 |
| OK - Income Tax | | | -12.00 | -440.00 |
| | | | -90.01 | -2,968.06 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Uniform Deduct | | | -7.50 | -112.50 |
| PR Advance - Jerry Martin | | | | -350.00 |
| | | | -7.50 | -462.50 |
| **Net Pay** | | | **569.16** | **9,223.74** |

Air Comfort Solutions, LLC, 908 MESSENGER LANE, Moore, OK 73160

Powered by Intuit Payroll

1:11 PM
05/06/16

# Air Comfort Solutions, LLC
## Payroll Summary
### January 1 through May 6, 2016

|  | Week of Apr 3, 16 | Hours | Rate | Week of Apr 10, 16 |
|---|---:|---:|---:|---:|
| **Employee Wages, Taxes and Adjustments** |  |  |  |  |
| Gross Pay |  |  |  |  |
| Hourly Service | 797.50 | 30.75 | 22.00 | 676.50 |
| Hourly Service overtime (x1.5) | 0.00 |  | 33.00 | 0.00 |
| Commissions/Spiffs | 0.00 |  |  | 0.00 |
| **Total Gross Pay** | 797.50 | 30.75 |  | 676.50 |
| Deductions from Gross Pay |  |  |  |  |
| Dental Insurance - PreTax 11 | -6.85 |  |  | -6.85 |
| Vision Insurance - PreTax 11 | -2.98 |  |  | -2.98 |
| **Total Deductions from Gross Pay** | -9.83 |  |  | -9.83 |
| **Adjusted Gross Pay** | 787.67 | 30.75 |  | 666.67 |
| Taxes Withheld |  |  |  |  |
| Federal Withholding | -41.00 |  |  | -27.00 |
| Medicare Employee | -11.42 |  |  | -9.67 |
| Social Security Employee | -48.83 |  |  | -41.34 |
| OK - Income Tax | -18.00 |  |  | -12.00 |
| Medicare Employee Addl Tax | 0.00 |  |  | 0.00 |
| **Total Taxes Withheld** | -119.25 |  |  | -90.01 |
| Deductions from Net Pay |  |  |  |  |
| PR Advance - Jerry Martin | 0.00 |  |  | 0.00 |
| Uniform Deduct | -7.50 |  |  | -7.50 |
| **Total Deductions from Net Pay** | -7.50 |  |  | -7.50 |
| **Net Pay** | 660.92 | 30.75 |  | 569.16 |
| **Employer Taxes and Contributions** |  |  |  |  |
| Federal Unemployment | 0.00 |  |  | 0.00 |
| Medicare Company | 11.42 |  |  | 9.67 |
| Social Security Company | 48.83 |  |  | 41.34 |
| OK - Unemployment | 12.60 |  |  | 10.67 |
| **Total Employer Taxes and Contributions** | 72.85 |  |  | 61.68 |

1:11 PM  
05/06/16

# Air Comfort Solutions, LLC
## Payroll Summary
### January 1 through May 6, 2016

|  | Rate | Week of Mar 27, 16 | Hours | Rate |
|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | |
|   Gross Pay | | | | |
|     Hourly Service | 22.00 | 819.50 | 36.25 | 22.00 |
|     Hourly Service overtime (x1.5) | 33.00 | 0.00 | | 33.00 |
|     Commissions/Spiffs | | 0.00 | | |
| **Total Gross Pay** | | 819.50 | 36.25 | |
|   Deductions from Gross Pay | | | | |
|     Dental Insurance - PreTax 11 | | -6.85 | | |
|     Vision Insurance - PreTax 11 | | -2.98 | | |
| **Total Deductions from Gross Pay** | | -9.83 | | |
| **Adjusted Gross Pay** | | 809.67 | 36.25 | |
|   Taxes Withheld | | | | |
|     Federal Withholding | | -44.00 | | |
|     Medicare Employee | | -11.74 | | |
|     Social Security Employee | | -50.20 | | |
|     OK - Income Tax | | -19.00 | | |
|     Medicare Employee Addl Tax | | 0.00 | | |
| **Total Taxes Withheld** | | -124.94 | | |
|   Deductions from Net Pay | | | | |
|     PR Advance - Jerry Martin | | 0.00 | | |
|     Uniform Deduct | | -7.50 | | |
| **Total Deductions from Net Pay** | | -7.50 | | |
| **Net Pay** | | 677.23 | 36.25 | |
| **Employer Taxes and Contributions** | | | | |
|   Federal Unemployment | | 0.00 | | |
|   Medicare Company | | 11.74 | | |
|   Social Security Company | | 50.20 | | |
|   OK - Unemployment | | 12.96 | | |
| **Total Employer Taxes and Contributions** | | 74.90 | | |

1:11 PM
05/06/16

# Air Comfort Solutions, LLC
## Payroll Summary
### January 1 through May 6, 2016

|  | Hours | Rate | Week of Mar 20, 16 | Hours |
|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | |
|   Gross Pay | | | | |
|     Hourly Service | 37.75 | 22.00 | 830.50 | 37.25 |
|     Hourly Service overtime (x1.5) | | 33.00 | 0.00 | |
|     Commissions/Spiffs | | | 0.00 | |
| **Total Gross Pay** | 37.75 | | 830.50 | 37.25 |
|   Deductions from Gross Pay | | | | |
|     Dental Insurance - PreTax 11 | | | -6.85 | |
|     Vision Insurance - PreTax 11 | | | -2.98 | |
| **Total Deductions from Gross Pay** | | | -9.83 | |
| **Adjusted Gross Pay** | 37.75 | | 820.67 | 37.25 |
| **Taxes Withheld** | | | | |
|   Federal Withholding | | | -46.00 | |
|   Medicare Employee | | | -11.90 | |
|   Social Security Employee | | | -50.88 | |
|   OK - Income Tax | | | -19.00 | |
|   Medicare Employee Addl Tax | | | 0.00 | |
| **Total Taxes Withheld** | | | -127.78 | |
| **Deductions from Net Pay** | | | | |
|   PR Advance - Jerry Martin | | | 0.00 | |
|   Uniform Deduct | | | -7.50 | |
| **Total Deductions from Net Pay** | | | -7.50 | |
| **Net Pay** | 37.75 | | 685.39 | 37.25 |
| **Employer Taxes and Contributions** | | | | |
|   Federal Unemployment | | | 0.00 | |
|   Medicare Company | | | 11.90 | |
|   Social Security Company | | | 50.88 | |
|   OK - Unemployment | | | 13.13 | |
| **Total Employer Taxes and Contributions** | | | 75.91 | |

1:11 PM
05/06/16

# Air Comfort Solutions, LLC
## Payroll Summary
### January 1 through May 6, 2016

|  | Week of Mar 6, 16 | Hours | Rate | Week of Mar 13, 16 |
|---|---:|---:|---:|---:|
| **Employee Wages, Taxes and Adjustments** | | | | |
|   Gross Pay | | | | |
|     Hourly Service | 880.00 | 40 | 22.00 | 880.00 |
|     Hourly Service overtime (x1.5) | 206.25 | 0.5 | 33.00 | 16.50 |
|     Commissions/Spiffs | 0.00 | | | 0.00 |
| **Total Gross Pay** | 1,086.25 | 40.5 | | 896.50 |
|   Deductions from Gross Pay | | | | |
|     Dental Insurance - PreTax 11 | -6.85 | | | -6.85 |
|     Vision Insurance - PreTax 11 | -2.98 | | | -2.98 |
| **Total Deductions from Gross Pay** | -9.83 | | | -9.83 |
| **Adjusted Gross Pay** | 1,076.42 | 40.5 | | 886.67 |
|   Taxes Withheld | | | | |
|     Federal Withholding | -177.00 | | | -130.00 |
|     Medicare Employee | -15.61 | | | -12.86 |
|     Social Security Employee | -66.74 | | | -54.98 |
|     OK - Income Tax | -44.00 | | | -35.00 |
|     Medicare Employee Addl Tax | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | -303.35 | | | -232.84 |
|   Deductions from Net Pay | | | | |
|     PR Advance - Jerry Martin | 0.00 | | | 0.00 |
|     Uniform Deduct | -7.50 | | | -7.50 |
| **Total Deductions from Net Pay** | -7.50 | | | -7.50 |
| **Net Pay** | 765.57 | 40.5 | | 646.33 |
| **Employer Taxes and Contributions** | | | | |
|   Federal Unemployment | 0.00 | | | 0.00 |
|   Medicare Company | 15.61 | | | 12.86 |
|   Social Security Company | 66.74 | | | 54.98 |
|   OK - Unemployment | 17.23 | | | 14.18 |
| **Total Employer Taxes and Contributions** | 99.58 | | | 82.02 |

1:11 PM
05/06/16

# Air Comfort Solutions, LLC
## Payroll Summary
### January 1 through May 6, 2016

|  | Hours | Rate | Week of Feb 21, 16 | Hours |
|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | |
|   Gross Pay | | | | |
|     Hourly Service | 29.5 | 22.00 | 649.00 | 40 |
|     Hourly Service overtime (x1.5) | | 33.00 | 0.00 | 4 |
|     Commissions/Spiffs | | | 0.00 | |
| **Total Gross Pay** | 29.5 | | 649.00 | 44 |
|   Deductions from Gross Pay | | | | |
|     Dental Insurance - PreTax 11 | | | -6.85 | |
|     Vision Insurance - PreTax 11 | | | -2.98 | |
| **Total Deductions from Gross Pay** | | | -9.83 | |
| **Adjusted Gross Pay** | 29.5 | | 639.17 | 44 |
|   Taxes Withheld | | | | |
|     Federal Withholding | | | -80.00 | |
|     Medicare Employee | | | -9.26 | |
|     Social Security Employee | | | -39.63 | |
|     OK - Income Tax | | | -22.00 | |
|     Medicare Employee Addl Tax | | | 0.00 | |
| **Total Taxes Withheld** | | | -150.89 | |
|   Deductions from Net Pay | | | | |
|     PR Advance - Jerry Martin | | | 0.00 | |
|     Uniform Deduct | | | -7.50 | |
| **Total Deductions from Net Pay** | | | -7.50 | |
| **Net Pay** | 29.5 | | 480.78 | 44 |
| **Employer Taxes and Contributions** | | | | |
|   Federal Unemployment | | | 3.84 | |
|   Medicare Company | | | 9.26 | |
|   Social Security Company | | | 39.63 | |
|   OK - Unemployment | | | 10.23 | |
| **Total Employer Taxes and Contributions** | | | 62.96 | |

1:11 PM
05/06/16

# Air Comfort Solutions, LLC
## Payroll Summary
### January 1 through May 6, 2016

|  | Week of Feb 7, 16 | Hours | Rate | Week of Feb 14, 16 |
|---|---:|---:|---:|---:|
| **Employee Wages, Taxes and Adjustments** | | | | |
|   Gross Pay | | | | |
|     Hourly Service | 709.50 | 40 | 22.00 | 880.00 |
|     Hourly Service overtime (x1.5) | 0.00 | 0.5 | 33.00 | 16.50 |
|     Commissions/Spiffs | 0.00 | | | 0.00 |
| **Total Gross Pay** | 709.50 | 40.5 | | 896.50 |
|   Deductions from Gross Pay | | | | |
|     Dental Insurance - PreTax 11 | -6.85 | | | -6.85 |
|     Vision Insurance - PreTax 11 | -2.98 | | | -2.98 |
| **Total Deductions from Gross Pay** | -9.83 | | | -9.83 |
| **Adjusted Gross Pay** | 699.67 | 40.5 | | 886.67 |
| **Taxes Withheld** | | | | |
|   Federal Withholding | -90.00 | | | -130.00 |
|   Medicare Employee | -10.15 | | | -12.86 |
|   Social Security Employee | -43.38 | | | -54.97 |
|   OK - Income Tax | -25.00 | | | -35.00 |
|   Medicare Employee Addl Tax | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | -168.53 | | | -232.83 |
|   Deductions from Net Pay | | | | |
|     PR Advance - Jerry Martin | -50.00 | | | -50.00 |
|     Uniform Deduct | -7.50 | | | -7.50 |
| **Total Deductions from Net Pay** | -57.50 | | | -57.50 |
| **Net Pay** | 473.64 | 40.5 | | 596.34 |
| **Employer Taxes and Contributions** | | | | |
|   Federal Unemployment | 4.20 | | | 5.32 |
|   Medicare Company | 10.15 | | | 12.86 |
|   Social Security Company | 43.38 | | | 54.97 |
|   OK - Unemployment | 11.20 | | | 14.18 |
| **Total Employer Taxes and Contributions** | 68.93 | | | 87.33 |