# Notice Recipients

| District/Off: 1087−5 | User: admin | Date Created: 05/17/2016 |
|---|---|---|
| Case: 16−11909 | Form ID: 309A | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jerry Don Martin | 2129 N Shawnee Avenue | Oklahoma City, OK 73107 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Susan J. Manchester | 1100 N Shartel | Oklahoma City, OK 73103 | |
| aty | Deborah H Hupfer | Liberty Law, PLLC | 1530 N. Harrison #317 | Shawnee, OK 74804 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152−3039 | |
| 5851694 | Acct Mgmt Resources Ll | 2915 N Classen Blvd | Oklahoma City OK 73106 | |
| 5851695 | Capital One Bank Usa N | 15000 Capital One Dr | Richmond VA 23238 | |
| 5851696 | Credit One Bank Na | Po Box 98875 | Las Vegas NV 89193 | |
| 5851697 | Exeter Finance Corp | Po Box 166097 | Irving TX 75016 | |
| 5851698 | First Premier Bank | 601 S Minnesota Ave | Sioux Falls SD 57104 | |
| 5851699 | Integris Baptist Medical Center | 3300 NW Expressway | Oklahoma City OK 73112 | |
| 5851700 | Roy Cowen | 5724 N. Coaltrane | Edmond OK 73034 | |
| 5851701 | Tinker FCU | Po Box 45750 | Oklahoma City OK 73145 | |
| 5851702 | Webbank/Fingerhut | 6250 Ridgewood Rd | Saint Cloud MN 56303 | |
| 5851703 | Works & Lentz, Inc. | 3030 Nw Expressway, Suite 225 | Oklahoma City OK 73112−5466 | |

TOTAL: 15