Certificate Number: 14912-OKW-DE-027545874

Bankruptcy Case Number: 16-11909


14912-OKW-DE-027545874

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2016, at 11:18 o'clock AM EDT, Jerry Martin completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date:   June 3, 2016              By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor