# Notice Recipients

District/Off: 1087–5          User: dcus                    Date Created: 8/24/2016

Case: 16–11909               Form ID: 318                  Total: 15

**Recipients of Notice of Electronic Filing:**

ust        United States Trustee        Ustpregion20.oc.ecf@usdoj.gov
aty        Deborah H Hupfer             deborah.hupfer@libertylawok.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Jerry Don Martin        2129 N Shawnee Avenue        Oklahoma City, OK 73107
tr         Susan J. Manchester     1100 N Shartel        Oklahoma City, OK 73103
cr         Exeter Finance Corp. Department        P.O. Box 201347        Arlington, TX 76006
5851694    Acct Mgmt Resources Ll        2915 N Classen Blvd        Oklahoma City OK 73106
5851695    Capital One Bank Usa N        15000 Capital One Dr        Richmond VA 23238
5851696    Credit One Bank Na        Po Box 98875        Las Vegas NV 89193
5851697    Exeter Finance Corp        Po Box 166097        Irving TX 75016
5851698    First Premier Bank        601 S Minnesota Ave        Sioux Falls SD 57104
5851699    Integris Baptist Medical Center        3300 NW Expressway        Oklahoma City OK 73112
5851700    Roy Cowen        5724 N. Coaltrane        Edmond OK 73034
5851701    Tinker FCU        Po Box 45750        Oklahoma City OK 73145
5851702    Webbank/Fingerhut        6250 Ridgewood Rd        Saint Cloud MN 56303
5851703    Works & Lentz, Inc.        3030 Nw Expressway, Suite 225        Oklahoma City OK 73112–5466

TOTAL: 13